NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3100

TODD J. SCHOENROGGE,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DA3330090467-I-1.

ON MOTION

## O R D E R

Todd J. Schoenrogge moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Todd J. Schoenrogge
    Jeanne E. Davidson, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2010

JAN HORBALY
CLERK